JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON HONG,<br><br>            Plaintiff,<br><br>      v.<br><br>MARY READ, et al.,<br><br>            Defendants. | Case No. 8:19-cv-00086-RGK-JC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the operative First Amended Complaint without leave to amend and dismissing the action with prejudice.

DATED:  12/18/2020

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE